UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MCDEVITT, JOSEPH M § Case No. 11-47254
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/21/2013 in Courtroom 240,
United States Courthouse
c/o Kane County Courthouse
100 S. 3rd St., Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/15/2013              By: Kenneth S. Gardner
                                         Clerk of the Bankruptcy Court


JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
MCDEVITT, JOSEPH M § Case No. 11-47254
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 27,445.00 |
| and approved disbursements of | $ 690.06 |
| leaving a balance on hand of[1] | $ 26,754.94 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH R. VOILAND | $ 3,494.50 | $ 0.00 | $ 3,494.50 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 167.83 | $ 0.00 | $ 167.83 |
| Total to be paid for chapter 7 administrative expenses | | | $ 3,662.33 |
| Remaining Balance | | | $ 23,092.61 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 35,483.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 65.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Advantage Assets II, Inc. | $ 5,881.58 | $ 0.00 | $ 3,827.70 |
| 000002 | Advantage Assets II, Inc. | $ 13,871.69 | $ 0.00 | $ 9,027.62 |
| 000003 | American Express Centurion Bank | $ 9,176.99 | $ 0.00 | $ 5,972.33 |
| 000004 | Portfolio Recovery Associates, LLC | $ 6,067.31 | $ 0.00 | $ 3,948.57 |
| 000005 | Nicor Gas | $ 486.15 | $ 0.00 | $ 316.39 |

Total to be paid to timely general unsecured creditors     $     23,092.61

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Joseph M McDevitt  
     Debtor

Case No. 11-47254-CAD  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: bchavez    Page 1 of 3    Date Rcvd: Jan 16, 2013  
                       Form ID: pdf006    Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2013.

```
db            +Joseph M McDevitt,   641 Grecken Green,    Peachtree City, GA 30269-2729
18946650      +Advantage Assets II, Inc.,   7322 Southwest Freeway,   Suite 1600,   Houston, TX 77074-2134
18083516      +American Express,   American Express Special Research,   Po Box 981540,   El Paso, TX 79998-1540
19074268       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
18083517      +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
18083520      +Care Property Mgmt.,   c/o Keay & Costello, P.C.,   128 S. County Farm Rd.,
                Wheaton, IL 60187-2400
18083523      +Codilis & Associates P.C,   15W030 N. Frontage Road,   Suite 100,   Burr Ridge, IL 60527-6921
18083524      +Country Brook Homeowners Assoc,   PO Box 1505,   Elgin, IL 60121-1505
18083526      +Ltd Finc Svc,   7322 Southwest Fwy Ste 1,   Houston, TX 77074-2010
18083530      +National City,   Po Box 5570,   Cleveland, OH 44101-0570
19141410     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,   c/o Bank Of America,   POB 41067,
                Norfolk VA 23541)
18083533      +Park Terrace Condo Association,   c/o Care Property Management,   2200 W. Higgins Rd., Ste. 350,
                Hoffman Estates, IL 60169-2484
18083535      +Village of Hanover Park Finance Dep,   2121 W. Lake St.,   Hanover Park, IL 60133-4398
18083536     ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,   8480 Stagecoach Cir,   Frederick, MD 21701)
18083537      +Wells Fargo Bank, N.A.,   Andrew J Nelson,   Pierce & Associates, P.C.,
                1 North Dearborn, Suite 1300,   Chicago, IL 60602-4373
18083538       Wells Fargo Home Mortgage,   Correspondence X2501-01T,   1 Home Campus,
                Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18083515       E-mail/Text: bankruptcy@alliantcreditunion.com Jan 17 2013 04:43:15     Alliant Credit Union,
                125 E Algonquin Rd,   Arlington Heig, IL 60005
18083521       E-mail/Text: nawrocki_d@cityofelgin.org Jan 17 2013 04:41:05     City of Elgin,
                150 Dexter Court,   Elgin, IL 60120-5555
18083525      +E-mail/Text: BKNOTICES@EAFLLC.COM Jan 17 2013 02:40:36
                Hilco Receivables/Equable Ascent Financi,   Attn: Bankruptcy,   1120 Lake Cook Road Suite B,
                Buffalo Grove, IL 60089-1970
18083528      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2013 02:37:58     Midland Credit Management,
                Po Box 939019,   San Diego, CA 92193-9019
18308017      +E-mail/Text: bankrup@aglresources.com Jan 17 2013 02:36:44     Nicor Gas,   Bankruptcy Dept,
                P O Box 549,   Aurora, IL 60507-0549
                                                                                              TOTAL: 5
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18083518*     +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
18083522*      City of Elgin,   150 Dexter Court,   Elgin, IL 60120-5555
18083527*     +Ltd Finc Svc,   7322 Southwest Fwy Ste 1,   Houston, TX 77074-2010
18083529*     +Midland Credit Management,   Po Box 939019,   San Diego, CA 92193-9019
18083531*     +National City,   PO BOX 5570,   Cleveland, OH 44101-0570
18083539*      Wells Fargo Home Mortgage,   Correspondence X2501-01T,   1 Home Campus,
                Des Moines, IA 50328-0001
18083540*      Wells Fargo Home Mortgage,   Correspondence X2501-01T,   1 Home Campus,
                Des Moines, IA 50328-0001
18083541*      Wells Fargo Home Mortgage,   Correspondence X2501-01T,   1 Home Campus,
                Des Moines, IA 50328-0001
18083542*      Wells Fargo Home Mortgage,   Correspondence X2501-01T,   1 Home Campus,
                Des Moines, IA 50328-0001
18083543*      Wells Fargo Home Mortgage,   Correspondence X2501-01T,   1 Home Campus,
                Des Moines, IA 50328-0001
18083544*      Wells Fargo Home Mortgage,   Correspondence X2501-01T,   1 Home Campus,
                Des Moines, IA 50328-0001
18083519     ##+Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
18083532     ##+National City Mortgage,   PO Box 17677,   Baltimore, MD 21297-1677
18083534     ##+Transworld Systems,   25 Northwest Point Blvd #750,   Elk Grove Village, IL 60007-1058
                                                                              TOTALS: 0, * 11, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: bchavez            Page 2 of 3              Date Rcvd: Jan 16, 2013
                              Form ID: pdf006          Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 18, 2013**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: bchavez              Page 3 of 3                  Date Rcvd: Jan 16, 2013
                              Form ID: pdf006            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2013 at the address(es) listed below:

```
          James A Young    on behalf of Debtor Joseph M McDevitt jyoung@youngbklaw.com,
           Sarai@youngbklaw.com;ylara@youngbklaw.com
          Joseph  Voiland    jrvoiland@sbcglobal.net, jvoiland@ecf.epiqsystems.com
          Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor    Federal Home Loan Mortgage Corporation
           ND-Two@il.cslegal.com
                                                                                              TOTAL: 5
```